IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| AUBREY WARRICK ) | **CIVIL ACTION NO.** |
| ) | 6:12-cv-00675-JMC |
| Plaintiff, ) | |
| ) | **NOTICE OF SETTLEMENT** |
| vs. ) | |
| ) | |
| DYNAMIC RECOVERY ) | |
| SOLUTIONS, LLC ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

DATED this 21st day of May, 2012.

                 Respectfully submitted,

                 /s/ Holly E. Dowd
                 Holly E. Dowd (S.C. Bar No. 77897)
                 Weisberg & Meyers, LLC
                 ATTORNEYS FOR PLAINTIFF

2

                                                                 409A Wakefield Dr.
                                                                 Charlotte, NC 28209
                                                                 (888) 595-9111 ext. 260
                                                                 (866) 565-1327 (fax)
                                                                 hdowd@attorneysforconsumers.com

Notice Filed electronically on this 21st day of May, 2012, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 21st day of May, 2012, to:

Mr. Chad Echols
The Echols Firm, LLC
115 Oakland Ave., Suite 102 (29730)
P.O. Box 12645
Rock Hill SC 29731


s/ Holly E. Dowd
Holly E. Dowd