# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| AUBREY WARRICK | ) **CIVIL ACTION NO.** |
| | ) 6:12-cv-00675-JMC |
| Plaintiff, | ) |
| | ) **STIPULATION TO DISMISS** |
| | ) **PURSUANT TO SETTLEMENT** |
| vs. | ) |
| | ) |
| DYNAMIC RECOVERY SOLUTIONS, LLC | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed with prejudice, without fees or costs to either party, all fees and costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

DATED this 14th day of June, 2012.

Respectfully submitted,

| For Plaintiff, | For Defendant, |
|---|---|
| s/ Holly E. Dowd | s/ Chad Echols (*with permission*) |
| Weisberg & Meyers, LLC | The Echols Firm, LLC |

Filed electronically on this 14th day of June, 2012, with:

United States District Court CM/ECF system

1

2

Notification sent electronically via the Court's ECF system this 14th day of June, 2012, to:

Mr. Chad Echols
The Echols Firm, LLC
115 Oakland Ave., Suite 102 (29730)
P.O. Box 12645
Rock Hill SC 29731


<u>s/Holly Dowd</u>
Holly Dowd

2